

| | | |
|---|---|---|
| 21536 | State v. Jones | Affirmed |

## March 29, 1999

| | | |
|---|---|---|
| 21728 | Cabacungan v. Transcontinental Corp. | Affirmed |

## April 21, 1999

| | | |
|---|---|---|
| 21668 | State v. Kruck | Affirmed |

## April 29, 1999

| | | |
|---|---|---|
| 21832 | Doe, In re | Affirmed |

## May 5, 1999

| | | |
|---|---|---|
| 21933 | Cabatbat v. Department of Labor and Indus. Relations | Affirmed |
| 21821 | Machado v. Police Com'n of County of Kauai | Affirmed |

## May 10, 1999

| | | |
|---|---|---|
| 21711 | State v. Hafoka | Affirmed |

## May 11, 1999

| | | |
|---|---|---|
| 21905 | Hono Koa Vacation Club v. County of Maui | Affirmed |
| 21934 | JLB, Inc. v. County of Maui | Affirmed |
| 21904 | Kahana Villa Vacation Club v. County of Maui | Affirmed |
| 21942 | Maui Lea Time Interval Ass'n v. County of Maui | Affirmed |
| 21935 | Pacific Bldg. Corp. v. County of Maui | Affirmed |
| 21906 | Sands of Kahana Vacation Club v. County of Maui | Affirmed |
| 21769 | State v. Lile | Affirmed |

## May 13, 1999

| | | |
|---|---|---|
| 21500 | State v. Nakamura | Affirmed |

## May 14, 1999

| | | |
|---|---|---|
| 21849 | State v. Ung | Affirmed |

## May 26, 1999

| | | |
|---|---|---|
| 21983 | State v. Yamane | Affirmed |

## June 14, 1999

| | | |
|---|---|---|
| 21966 | State v. Neves | Vacated |